**HAYES | WAKAYAMA**
LIANE K. WAKAYAMA, ESQ.
Nevada Bar No. 11313
DALE A. HAYES, JR., ESQ.
Nevada Bar No. 9056
JEREMY D. HOLMES, ESQ.
Nevada Bar No. 14379
5798 S Durango Drive, Suite 105
Las Vegas, Nevada 89113
(702) 656-0808 – Telephone
(702) 655-1047 – Facsimile
lkw@hwlawNV.com
dhayes@hwlawNV.com
jholmes@hwlawNV.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SOUTHERN NEVADA FIRE PROTECTION, INC. dba N F P, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; DANNY HORVAT, an Individual; STEPHEN DIGIOVANNI, an Individual; JEROME STUEVE, an Individual; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case Number:<br>2:21-cv-01843-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS [ECF NO. 22]**<br><br>(FIRST REQUEST) |

Plaintiff SOUTHERN NEVADA FIRE PROTECTION dba N F P ("Plaintiff"), by and through its counsel of record, the law firm of Hayes Wakayama, and Defendants CLARK COUNTY, DANNY HORVAT, STEPHEN DIGIOVANNI and JEROME STUEVE ("Defendants"), by and through their counsel of record, the law firm of OLSON CANNON GORMLEY & STOBERSKI, hereby stipulate as follows:

1. On August 29, 2022, Defendants' filed their Motion for Partial Judgment on the Pleadings [ECF No. 22] ("Motion");

2. Plaintiff's Response to Defendants' Motion is due on September 19, 2022;

3. Plaintiff and Defendants agree that the deadline for Plaintiff's Response shall be extended to October 3, 2022 and the deadline for Defendants' Reply shall be seven days thereafter.

4. This extension request is sought in good faith and is not made for the purpose of delay.

IT IS SO STIPULATED.

Dated this 16th day of September, 2022

**HAYES | WAKAYAMA**

By:*/s/ Liane K. Wakayama, Esq.*
  LIANE K. WAKAYAMA, ESQ.
  Nevada Bar No. 11313
  DALE A. HAYES, JR., ESQ.
  Nevada Bar No. 9056
  JEREMY D. HOLMES, ESQ.
  Nevada Bar No. 14379
  5798 S Durango Drive, Suite 105
  Las Vegas, Nevada 89113
  *Attorneys for Plaintiff*

Dated this 16th day of September 2022

**OLSON CANNON GORMLEY & STOBERSKI**

By:*/s/ Thomas D. Dillard, Jr., Esq.*
  THOMAS D. DILLARD, JR., ESQ.
  Nevada Bar No. 006270
  9950 W. Cheyenne Avenue
  Las Vegas, Nevada 89129
  *Attorneys for Defendants, Clark County; Danny Horvat; Stephen Digiovanni; Jerome Stueve*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: September 16, 2022