THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
**OLSON CANNON & GORMLEY**
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
tdillard@ocgas.com
*Attorneys for Defendants*
CLARK COUNTY; DANNY HORVAT;
STEPHEN DIGIOVANNI; and JEROME STUEVE

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| SOUTHERN NEVADA FIRE PROTECTION, INC. dba N F P, a Nevada corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; DANNY HORVAT, an Individual; STEPHEN DIGIOVANNI, an Individual; JEROME STUEVE, an Individual; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | CASE NO 2:21-cv-01843-JCM-DJA |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Plaintiff SOUTHERN NEVADA FIRE PROTECTION, INC., d/b/a N F P, a Nevada corporation ("Plaintiff") and Defendants CLARK COUNTY, a political subdivision of the State of Nevada, DANNY HORVAT, an Individual, STEPHEN DIGIOVANNI, an Individual, and

1

JEROME STUEVE, an Individual ("Defendants"), each acting by and through their undersigned counsel, hereby Stipulate and Agree pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) that all claims and causes of action asserted by Plaintiff against Defendants, as set forth in the Plaintiff's Complaint shall be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 15th day of July, 2024.

HAYES WAKAYAMA JUAN

BY: /s/ Liane K. Wakayama
LIANE K. WAKAYAMA, ESQ.
Nevada Bar No. 11313
DALE A. HAYES, JR., ESQ.
Nevada Bar No. 9056
JEREMY D. HOLMES, ESQ.
Nevada Bar No. 14379
5798 S. Durango Drive, Ste. 105
Las Vegas, Nevada 89113
Attorneys for Plaintiff

DATED this 16 day of July, 2024.

OLSON CANNON & GORMLEY

BY: /s/ T.D. Dillard
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendants

## ORDER

IT IS SO ORDERED July 17, 2024.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

OLSON CANNON & GORMLEY

BY: /s/ T.D. Dillard
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendants

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 16 day of July, 2024, I served the above **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** through the CM/ECF system of the United States District Court for the District of Nevada (or, if necessary, by U.S. Mail, first class, postage pre-paid), upon the following:

Liane K. Wakayama, Esq.
Dale A. Hayes, Jr., Esq.
Jeremy D. Holmes, Esq.
HAYES WAKAYAMA JUAN
5798 S. Durango Drive, Ste. 105
Las Vegas, Nevada 89113
Telephone (702) 656-0808
Facsimile (702) 655-1047
lkw@hwlawNV.com
dhayes@hwlawNV.com
jholmes@hwlawNV.com
Attorneys for Plaintiff

_____
An Employee of OLSON CANNON & GORMLEY

3